**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert E. Piazza Jr.　　　　　　　　　　CHAPTER 13
　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 22-11917 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Denise Carlon*
　　　　　　　　　　　　　　　　　　Denise Carlon
　　　　　　　　　　　　　　　　　　08 Aug 2022, 15:58:08, EDT

　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: ebded8bad5659209dec67f617e9161dd3a347d4f87829f822fc49e4aeeeb0d9c