# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11917-AMC

ROBERT E PIAZZA, JR.

2428 Purdue St

Bristol, PA 19007

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT E PIAZZA, JR.

  2428 Purdue St

  Bristol, PA 19007

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK AND COOPER LAW FIRM
  1500 JFK BLVD., SUITE 220
  PHILADELPHIA, PA 19102-

Date: 10/3/2022

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee