# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                     Chapter 13

ROBERT E PIAZZA, JR.           Bankruptcy No. 22-11917-AMC

2428 Purdue St

Bristol, PA 19007

         Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT E PIAZZA, JR.

    2428 Purdue St

    Bristol, PA 19007

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 11/7/2022                                                                                /s/ Kenneth E. West

                                                                          _____
                                                                          Kenneth E. West, Esquire
                                                                          Chapter 13 Standing Trustee