United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert E Piazza, Jr.  
    Debtor

Case No. 22-11917-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 14, 2023      Form ID: 155      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert E Piazza, Jr., 2428 Purdue St, Bristol, PA 19007-5708 |
| 14721376 | + | Brad G. Kubisiak, Esquire, PA Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14712300 | + | COMMONWEALTH OF PENNSYLVANIA, BRAD G. KUBISIAK, The Phoenix Building, Deputy Attorney General, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14737365 | + | Township of Bristol, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14744364 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14707672 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 15 2023 00:41:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14710312 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 00:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14707673 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2023 00:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14719329 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 00:44:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14712275 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2023 00:44:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721708 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 15 2023 00:44:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14711978 | ^ | MEBN | Jun 15 2023 00:40:07 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14707674 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 15 2023 00:44:46 | Midland Mortgage Company, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14711323 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 15 2023 00:41:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14710706 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 15 2023 00:41:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14708089 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2023 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14709232 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 00:45:02 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721636 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2023 00:41:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: 155 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14707675 | ^ MEBN | Jun 15 2023 00:40:04 | 98083-0788 Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 14723480 | + Email/PDF: ebn_ais@aisinfo.com | Jun 15 2023 00:44:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14710703 | *+ | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14710704 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14710705 | *+ | Midland Mortgage Company, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14710707 | *+ | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| BRAD KUBISIAK | on behalf of Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov |
| BRAD J. SADEK | on behalf of Debtor Robert E Piazza  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert E Piazza, Jr.
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−11917−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this June 13, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

38 − 31
Form 155