## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Robert E. Piazza, Jr. | : | |
| | : | Case No.: 22-11917-AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: April 1, 2024           /s/ Brad J. Sadek, Esquire
                                            Brad J. Sadek, Esquire
                                            Sadek Law Offices, LLC
                                            1500 JFK Boulevard, Suite #220
                                            Philadelphia, Pa 19102
                                            brad@sadeklaw.com
                                            215-545-0008