# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Robert E. Piazza, Jr. | : | |
| | : | Case No.: 22-11917-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 8, 2024                    /s/ Brad J. Sadek, Esquire
                                        Brad J. Sadek, Esquire
                                        Sadek and Cooper Law Offices, LLC
                                        1500 JFK Boulevard, Suite 220
                                        Philadelphia, Pa 19102
                                        215-545-0008